**In the Interest of L.C.K.,**
**E.C.G., and R.C.G.**

**No. ED 97603.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 18, 2012.

Susan Fox Jacobsen, Atty. for Dusty Griggs, St. Louis, MO, Pamela J. Ciskowski, Guardian Ad Litem, for all three children, St. Charles, MO, for Appellant.

Rebeca Maria Navarro–McKelvey, St. Charles, MO, for Respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

## ORDER

PER CURIAM.

Dusty Griggs appeals from the judgment terminating her parental rights to L.C.K., E.C.G., and R.C.G. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).